Case 5:22-cv-00760-NC   Document 15   Filed 05/17/22

FILED

May 17 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IRENE KARBELASHVILI, Esq. (SBN 232223)
IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irene@allaccesslawgroup.com
irakli@allaccesslawgroup.com

Attorneys for Plaintiff ERIC ROJAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC ROJAS,<br><br>    Plaintiff,<br><br>    v.<br><br>BEACH LIQUORS INCORPORATED, et al.<br><br>    Defendants. | CASE NO. 22-cv-00760-NC<br>Civil Rights<br><br>**STIPULATION DISMISSING ACTION WITH PREJUDICE AND RETENTION OF JURISDICTION OVER THE SETTLEMENT AGREEMENT; ORDER THEREON** |

The parties have reached a full and final resolution of all of the claims in this action. Accordingly, Plaintiff ERIC ROJAS ("Plaintiff") and Defendant BEACH LIQUORS INCORPORATED and PAP, LLC (collectively, "Defendants") request that this action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P 41(a)(2) with each side bearing their own attorney fees, costs, and litigation expenses. The parties also request that the Court retain jurisdiction over the parties' settlement agreement in accordance with the terms of the settlement agreement and pursuant to General Order No. 56.

Respectfully submitted,

Date: May 6, 2022

                    */s/ Robert Bosso*
                    By ROBERT BOSSO, Esq.
                    Attorney for Defendants
                    BEACH LIQUORS INCORPORATED and PAP, LLC

Date: May 6, 2022

                    */s/ Irakli Karbelashvili*
                    By IRAKLI KARBELASHVILI, Esq.
                    Attorney for Plaintiff
                    ERIC ROJAS

**Filer's Attestation**

I, attest that I received concurrence from the signatures in the filing of this document.

                    */s/ Irakli Karbelashvili*
                    By IRAKLI KARBELASHVILI

**ORDER**

Having reviewed the parties' request, and good cause appearing, this action is dismissed with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The Court retains jurisdiction over the settlement agreement.

**IT IS SO ORDERED.**

Dated: May 17, 2022                    _____
                                        United States Magistrate Judge

